# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4235
_____

TERRY PERRY,

    Petitioner,

v.

SHELLEY ECKELS,

    Respondent.

_____

Petition for Writ of Prohibition -- Original Jurisdiction.


March 29, 2018


PER CURIAM.

    The petition for writ of prohibition is denied on the merits.

WOLF, ROBERTS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Terry Perry, pro se, Petitioner.

No appearance for Respondent.